# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 15, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

           Re:  Case No. 18-1225, *GMS Development Holding Co. 3 v. Bloomfield Township*
                 Originating Case No. : 2:17-cv-10420

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                     Sincerely yours,

                                     s/Robin L. Johnson
                                     Case Manager
                                     Direct Dial No. 513-564-7039

cc:  Mr. Robert M. Carson
      Mr. Christopher Aaron Grosman
      Mr. William P. Hampton

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-1225

_____

Filed: November 15, 2018

GMS DEVELOPMENT HOLDING CO. 3, LLC

    Plaintiff - Appellant

v.

BLOOMFIELD TOWNSHIP

    Defendant - Appellee

# MANDATE

  Pursuant to the court's disposition that was filed 10/23/2018 the mandate for this case hereby issues today.

 COSTS: None